```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|   |   |
|---|---|
| NEW JERSEY SKYLANDS MANAGEMENT CORP., | CIVIL ACTION NO. 05-2317 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| NISSAN NORTH AMERICA, INC., |  |
| Defendant. |  |

**THIS MATTER ARISING** on the Court's order to show cause why the action should not be remanded to New Jersey Superior Court, Somerset County (dkt. entry no. 7); and the parties now advising the Court that they agree to dismissal of the complaint without prejudice and without costs (6-17-05 Stip.); and thus the Court intending to (1) vacate the order to show cause, (2) dismiss the complaint without prejudice, and (3) close the action; but the parties being advised that if the action is reopened, the action will be subject to remand to state court for the reasons set forth in the aforementioned order to show cause; and good cause appearing, the Court will issue an appropriate order and judgment.

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge